UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| BRUCE LEE JENNINGS, et al., | ) | Case No. 03-04926-3F1 |
| Debtors. | ) | |
| | ) | |
| RKB INVESTMENTS, et al., | ) | |
| Plaintiffs, | ) | Adversary No. 03-203 |
| v. | ) | |
| BRANDON JAMES MAXFIELD, et al., | ) | |
| Defendants. | ) | |
| | ) | |
| JANICE KAY JENNINGS, | ) | |
| Plaintiffs, | ) | Adversary No. 03-345 |
| v. | ) | |
| BRANDON JAMES MAXFIELD, et al., | ) | |
| Defendants. | ) | |
| | ) | |
| BRANDON JAMES MAXFIELD, | ) | |
| Plaintiff, | ) | Adversary No. 03-473 |
| v. | ) | |
| BRYCO ARMS, INC., et al., | ) | |
| Defendants. | ) | |
| | ) | |

BRANDON JAMES MAXFIELD,              )

              Plaintiff,              )          Adversary No. 04-107

v.                                   )

BRYCO ARMS, INC., et al.,            )

              Defendants.           )

_____ )

## STATEMENT OF ISSUES AND
## DESIGNATION OF ITEMS TO BE INCLUDED ON APPEAL

Brandon J. Maxfield designates the following items for inclusion in the record on appeal of the Order Denying His Motion to Permit a Jury Trial entered in this consolidated adversary proceeding on March 23, 2005 by the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division (Judge Funk)[1]:

1.     Complaint (Docket No. 1);

2.     Amended Complaint (Docket No. 9);

3.     Order Granting Motion for Leave to File First Amended Complaint for Declaratory Relief (Docket No. 12);

4.     Maxfield's Answer to First Amended Complaint, Counterclaim and Crossclaim (Docket No. 17);

5.     Plaintiffs' Motion for Summary Judgment (Docket No. 33);

---

[1] All docket numbers reference the docket in adversary proceeding number 03-203 unless otherwise noted.

6.      Statement of Facts in Support of Motion for Summary Judgment (Docket No. 34);

7.      Notice of Filing Original Declaration of Janice Jennings in Support of Motion for Summary Judgment (Docket No. 35);

8.      Response to Counterclaim (Docket No. 37);

9.      Response to Crossclaim (Docket No. 38);

10.      Response to Crossclaim (Docket No. 39);

11.      Maxfield's Motion to Consolidate Adversary Proceedings (Docket No. 41);

12.      Maxfield's Response to Plaintiffs' Motion for Summary Judgment (Docket No. 60);

13.      Notice of Filing Affidavit of Richard R. Ruggieri in Support of Brandon James Maxfield's Initial Response to Plaintiff's Motion for Summary Judgment (Docket No. 61);

14.      Reply in Support of Motion for Summary Judgment, as Against Defendant Bullard Only (Docket No. 66);

15.      Reply in Support of Motion for Summary Judgment, as Against Defendant Maxfield Only (Docket No. 67);

16.      Order Granting Motion to Consolidate Adversary Proceedings (Docket No. 68);

17.      Order Denying Plaintiffs' Motion for Summary Judgment (Docket No. 70);

18.      Motion for Enlargement of Time to Address Jury Issues (Docket No. 94);

19.      Maxfield's Motion to Permit Jury Trial (Docket No. 99);

20.     Plaintiffs' Response to Motion to Permit Jury Trial (Docket No. 104);

21.     Maxfield's Motion for Abstention and Remand (Docket No. 107);

22.     Maxfield's Notice of Supplemental Authority in Support of Motion to Permit Jury Trial (Docket No. 120);

23.     Order Denying Motion for Abstention and Remand (Docket No. 121);

24.     Order Scheduling Trial (Docket No. 128);

25.     Order Denying Motion to Permit Jury Trial (Docket No. 131);

26.     Motion for Leave to Appeal (To Pursue Interlocutory Appeal) (Docket No. 133);

27.     Notice of Appeal (Docket No. 134);

28.     Complaint filed by Janice Jennings (Adv. No. 03-345, Docket No. 1);

29.     Maxfield's Answer to Complaint and Counterclaim (Adv. No. 03-345, Docket No. 5);

30.     Response to Counterclaim of Defendant Brandon James Maxfield (Adv. No. 03-345, Docket No. 21);

31.     Motion to Consolidate Adversary Proceedings (Adv. No. 03-345, Docket No. 22);

32.     Order Granting Motion to Consolidate Adversary Proceedings (Adv. No. 03-345, Docket No. 39);

33.     Motion to Permit Jury Trial (Adv. No. 03-345, Docket No. 68);

34.     Response to Motion to Permit Jury Trial (Adv. No. 03-345, Docket No. 73);

35.     Notice of Supplemental Authority (Adv. No. 03-345, Docket No. 87);

36. Order Scheduling Trial (Adv. No. 03-345, Docket No. 91);

37. Order Denying Motion to Permit Jury Trial (Adv. No. 03-345, Docket No. 93);

38. Motion for Leave to Appeal (To Pursue Interlocutory Appeal) (Adv. No. 03-345, Docket No. 95);

39. Notice of Appeal (Adv. No. 03-345, Docket No. 96);

40. Notice of Removal from the California Superior Court (Case No. 03-CV-1058) (Adv. No. 03-473, Docket No. 1);

41. Motion to Transfer Case Filed by Defendants Bryco Arms, Anna Lea Jennings, Bruce Lee Jennings, Janice Kay Jennings, Jennings, Inc. RKB Investments (Adv. No. 03-473, Docket No. 3);

42. Stipulation for Transfer of Venue (Adv. No. 04-473, Docket No. 20);

43. Order Transferring Case (Adv. No. 04-473, Docket No. 21);

44. Maxfield's First Amended Complaint (Adv. No. 04-473, Docket No. 22);

45. Answer by Janice Kay Jennings, as a Trustee of the Rhonda Jennings Nevada Trust, to [22-1] Unverified First Complaint (Filed in State Court, Removed to Northern California) (Adv. No. 04-473, Docket No. 23);

46. Answer by Janice Kay Jennings, as a Trustee of the Rhonda D. Jennings California Trust, to [22-1] Unverified First Complaint (Filed in State Court, Removed to Northern California) (Adv. No. 04-473, Docket No. 24);

47.    Answer by Janice Kay Jennings, as a Trustee of the Kimberly Jennings Nevada Trust, to [22-1] Unverified First Complaint (Filed in State Court, Removed to Northern California) (Adv. No. 04-473, Docket No. 25);

48.    Answer by Janice Kay Jennings, as a Trustee of the Kimberly K. Jennings California Trust, to [22-1] Unverified First Complaint (Filed in State Court, Removed to Northern California) (Adv. No. 04-473, Docket No. 26);

49.    Answer by Janice Kay Jennings, as a Trustee of the Bradley Jennings Nevada Trust, to [22-1] Unverified First Complaint (Filed in State Court, Removed to Northern California) (Adv. No. 04-473, Docket No. 27);

50.    Answer by Janice Kay Jennings, as a Trustee of the Bradley Jennings California Trust, to [22-1] Unverified First Complaint (Filed in State Court, Removed to Northern California) (Adv. No. 04-473, Docket No. 28);

51.    Answer by RKB Investments to [22-1] Unverified First Complaint (Filed in State Court, Removed to Northern California) (Adv. No. 04-473, Docket No. 29);

52.    Answer by Janice Kay Jennings to [22-1] Unverified First Complaint (Filed in State Court, Removed to Northern California) (Adv. No. 04-473, Docket No. 30);

53.    Order: This Case is Hereby Transferred and Referred to the U.S. Bankruptcy Court for the Middle District of Florida, Jacksonville Division (Adv. No. 03-473, Docket No. 32);

54.    Motion to Consolidate Adversary Proceedings (Adv. No. 03-473, Docket No. 34);

55.    Supplement to Motion to Consolidate (Adv. No. 03-473, Docket No. 41);

56.    Court's Notice of Correction re: Notice of Removal (Adv. No. 03-473, Docket No. 44);

57.    Order Granting Motion to Consolidate Adversary Proceedings (Adv. No. 03-473, Docket No. 46);

58.    Motion to Permit Jury Trial (Adv. No. 03-473, Docket No. 70);

59.    Order Scheduling Trial (Adv. No. 03-473, Docket No. 85);

60.    Order Denying Motion to Permit Jury Trial (Adv. No. 03-473, Docket No. 87);

61.    Motion for Leave to Appeal (To Pursue Interlocutory Appeal) (Adv. No. 03-473, Docket No. 89);

62.    Notice of Appeal (Adv. No. 03-473, Docket No. 90);

63.    Notice of Removal from Alameda County Superior Court (Case No. 2002-044628) (Adv. No. 04-107, Docket No. 1);

64.    Motion to Transfer Case Filed by Defendants Bryco Arms, Anna Lea Jennings, Bruce Lee Jennings, Janice Kay Jennings, Jennings, Inc. RKB Investments (Adv. No. 04-107, Docket No. 2);

65.    Stipulation for Transfer of Venue (Adv. No. 04-107, Docket No. 19);

66.    Order Transferring Case (Adv. No. 04-107, Docket No. 20);

67.    Order: This Case is Hereby Transferred and Referred to the U.S. Bankruptcy
Court for the Middle District of Florida, Jacksonville Division (Adv. No. 04-
107, Docket No. 22);

68.    Notice of Transmittal of Case to Bankruptcy Clerk's office (Adv. No. 04-107,
Docket No. 23);

69.    Motion to Consolidate Adversary Proceedings (Adv. No. 04-107, Docket No.
24);

70.    Order Granting Motion to Consolidate Adversary Proceedings (Adv. No. 04-
107, Docket No. 36);

71.    Motion to Permit Jury Trial (Adv. No. 04-107, Docket No. 59);

72.    Order Scheduling Trial (Adv. No. 04-107, Docket No. 73);

73.    Order Denying Motion to Permit Jury Trial (Adv. No. 04-107, Docket No.
75);

74.    Motion for Leave to Appeal (To Pursue Interlocutory Appeal) (Adv. No. 03-
473, Docket No. 77); and

75.    Notice of Appeal (Adv. No. 03-473, Docket No. 78).

## STATEMENT OF ISSUES ON APPEAL

Whether the bankruptcy court erred in denying Maxfield a trial by jury of the issues raised in these consolidated adversary proceedings.


STUTSMAN & THAMES, P.A.


By_____
    Richard R. Thames

Florida Bar Number 0718459
121 W. Forsyth Street, Suite 600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)

Attorneys for Brandon James Maxfield

## Certificate of Service

I certify that a copy of the foregoing was furnished by mail to **Ronald L. Bergwerk, Esq.**, Post Office Box 119, Jacksonville, Florida 32201; **Robert Altman, Esq.**, Pine Lake Lodge, 5256 Silver Lake Drive, Palatka, Florida 32177; **Jason B. Burnett, Esq.**, Gray Robinson, P.A., 50 North Laura Street, Suite 1675, Jacksonville, Florida 32202; **Aaron R. Cohen, Esq.**, Post Office Box 4218, Jacksonville, Florida 32201; **Janice K. Jennings**, 335 Orchid Hill Lane, Cooper Canyon, Texas 73226; **Joel Grist, Esq.**, Suite 301, The Whittle Building, 915 Hill Park, Macon, Georgia 31201; **Douglas H. Morford, Esq.**, 404 Woodstock Drive, Suite 202, Jacksonville, Florida 32207; **Luca R. Bronzi, Esq.**, Hogan & Hartson, LLP, 1111 Brickell Avenue, Miami, Florida 33131; **Kenneth Marder, Esq.**, Taub & Marder, Esq., 450 Seventh Avenue, 37th Floor, New York, New York 10123 and to the **Office of the U.S. Trustee**, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801 on this 8 day of April, 2005.

_____
Attorney

55421